The People of the State of New York, Respondent, *v.* Irving C. Dederer (True Name Peter Reynolds), Appellant.

Submitted June 1, 1948; decided July 16, 1948.

*Irving C. Dederer,* in person, for motion.

No one opposed.

Motion denied on the ground that the order of the Appellate Division is not appealable to the Court of Appeals.